TOWN OF CORTLANDT, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

*Town of Cortlandt v. N. Y. C. R. R. Co.,* 175 App. Div. 194, affirmed.

(Argued January 16, 1917; decided January 30, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 24, 1916, in favor of defendant upon the submission of a controversy under section 1279 of the Code of Civil Procedure. The sole question is whether the duty rests upon the town or the railroad company to repair the roadway of a bridge carrying a public high- way called Croton Neck road across the main line tracks and yard of the defendant at Harmon, a station on the line of defendant's railroad in the town of Cort- landt, between the stations of Ossining and Croton.

*Nathan P. Bushnell for appellant.*

*George H. Walker, Crosby J. Beakes and Alexander S. Lyman for respondent.*

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.